IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| EDUARDO HERNANDEZ | § | |
| v. | § | CIVIL ACTION NO. 9:07cv166 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Petitioner Eduardo Hernandez, proceeding *pro se*, filed this civil action complaining of the circumstances of his conviction. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On July 17 and August 3, 2007, Hernandez filed motions asking that his lawsuit be dismissed. On August 6, 2007, the Magistrate Judge issued a Report recommending that the case be dismissed. A copy of this Report was sent to Hernandez at his last known address, return receipt requested, but no objections have been received; instead, Hernandez sent a letter reaffirming his desire for dismissal. Accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has examined the Petitioner's pleadings, the Report of the Magistrate Judge, and all documents and records in the case. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court.  It is further

ORDERED that the Petitioner's motions for voluntary dismissal of his lawsuit are GRANTED and that the above-styled civil action be and hereby is DISMISSED without prejudice.  It is further

ORDERED that any and all motions which may be pending in this lawsuit are hereby DENIED.

So **ORDERED** and **SIGNED** this **1**   day of **September, 2007.**

_____
Ron Clark, United States District Judge